Argued and submitted December 20, 1991, reversed and remanded with instructions to dismiss indictment February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD OWN STROMER,
*Appellant.*

(90-03-31326; CA A66946)

823 P2d 1053

Eric R. Johansen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Meg E. Kieran, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM